IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

CHRIS HAULMARK,

          Plaintiff,

vs.                                    Case No. 20-4033-SAC

STATE OF KANSAS, et al.,

          Defendants.

## O R D E R

This case is before the court upon the motion of the State of Kansas, the Kansas Senate and the Kansas House of Representative to vacate a clerk's entry of default.  Doc. No. 23.  A timely response has not been filed.  Plaintiff, however, has filed a notice of dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).  Doc. No. 24.

Although the motion appears to have merit, the court finds that the notice of dismissal renders the motion to vacate the entry of default moot.

**IT IS SO ORDERED.**

Dated this 17th day of December 2020, at Topeka, Kansas.

s/Sam A. Crow_____
U.S. District Senior Judge